219 P.3d 1038

**In re BRENDAN G.**

**No. CV–09–0126–PR.**

Supreme Court of Arizona.

Sept. 22, 2009.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

219 P.3d 1038

**Charles JONES et al**

**v.**

**W David WESTON.**

**No. CV–09–0148–PR.**

Supreme Court of Arizona.

Sept. 22, 2009.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: Cross Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

219 P.3d 1038

**BEYNON et ux**

**v.**

**TREZZA et al.**

**No. CV–09–0136–PR.**

Supreme Court of Arizona.

Sept. 22, 2009.

ORDERED: Petition for Review of Plaintiff's/Appellants [sic]/Petitioners = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Justice PELANDER did not participate in the determination of this matter.

219 P.3d 1038

**Jamie Lee EAST**

**v.**

**Gary MATTHEWS Jr.**

**No. CV–09–0227–PR.**

Supreme Court of Arizona.

Dec. 1, 2009.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

FURTHER ORDERED: Request for Attorneys' Fees [Appellant East] = DENIED.